U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 96-565-CR-MIDDLEBROOKS

**UNITED STATES OF AMERICA**

v.

Inmate Name: YOSVANY DIAZ

Inmate #: 100000572

YOSVANY DIAZ, _____ /

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A N INITIAL APPEARANCE is pending in this Court against YOSVANY DIAZ, INMATE #100000572 the above styled case, and it is set for as to the defendant on JANUARY 11, 2010 at 301 N. MIAMI AVENUE, MIAMI, FLORIDA 33128

2. The defendant is now confined in the TRAINING AND TREATMENT CENTER at 6950 NW 41st Street, Miami, Florida 33166

3. It is necessary to have the defendant before this Court for a N INITIAL APPEARANCE as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said INITIAL APPEARANCE and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By: _____
CHRISTOPHER V. PARENTE
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA CHRISTOPHER V. PARENTE )