UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

Case No. 96-565-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

YOSVANY DIAZ,

    Defendant.

_____/

**MOTION FOR CONTINUANCE OF TRIAL**

**COMES NOW** the Defendant, YOSVANY DIAZ, by and through undersigned counsel and moves this Honorable Court for a continuance of the above-captioned cause now set for trial during the trial period commencing March 29, 2010 at 9:00 a.m., and would state the following grounds in support thereof:

1. Counsel was appointed pursuant to the Criminal Justice Act to represent the Defendant, YOSVANY DIAZ, on January 13, 2010.

2. Counsel received the discovery from the Government on January 28, 2010. The discovery consisted of @ 360 pages of reports, among other discovery the Government provided.

3. This is a very old case with multiple co-defendants some of whom would in all likelihood testify if the matter proceeds to trial.

4. A co-defendant proceeded to jury trial was convicted and the transcripts from the aforementioned trial must be reviewed and investigated.

5. Counsel would need to investigate the co-defendants, among other trial preparation if the matter proceeds to jury trial.

6. There is not enough time prior to March 29, 2010 to be ready for trial.

7. Counsel has been communicating with the AUSA, Christopher V. Parente regarding the possibility of closing this matter without the necessity of a trial.

8. The negotiations between the Government and the Defense are ongoing because of some unusual circumstances associated with this matter.

9. **This is the first time that counsel has requested a continuance in this matter**.

10. There is good cause for granting this continuance based and the aforementioned factors. Said events were not foreseeable to the Defendant or counsel, were not the result of a lack of diligence and if said continuance is not granted it will greatly impair the Defendant's ability to adequately prepare and be ready for trial.

11. The Defendant, YOSVANY DIAZ, does not object to this request for a continuance.

12. This motion is not interposed merely for delay, but in good faith.

13. The Defense has spoken to AUSA, Christopher V. Parente, and the Government does not object to this request for continuance in order to explore a resolution of this matter short of jury trial.

   **WHEREFORE**, the Defendant prays this Honorable Court grant this Motion for Continuance.

Respectfully submitted,

G.P. DELLA FERA, ESQ.
10800 Biscayne Boulevard
Suite 520
Miami, Florida 33161
Florida Bar No.: 228060
TEL:   (305) 8927698
FAX:   (305) 892-6798
E-Mail: gpdellafera@aol.com


By:  /s/ *G.P. DELLA FERA*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed

electronically on Sunday, March 7, 2010.


/s/ *G.P. DELLA FERA*
G.P. DELLA FERA ESQ.