UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-565- CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

YOSVANI DIAZ,
Defendant(s)
_____/



FILED by _____ D.C.
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - W.P.B.
MAR 11 2010

## ORDER CONTINUING TRIAL

**THIS CAUSE** has come before the Court upon the Defendant's Motion For Continuance Of Trial (DE 552). The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Due to the representations of counsel, the recent arrest of a co-defendant in New Jersey, the need for further investigation and plea negotiations, and counsels's need for additional time to prepare, trial is hereby continued. **This cause is hereby set for the two week trial period beginning June 7, 2010. The deadline for acceptance of responsibility is extended to 1:00 p.m. on March 19, 2010.** For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**FURTHER ORDERED AND ADJUDGED** that the time between March 9, 2010 and June 7, 2010 is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___11___ day of March, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Attorneys of Record