UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 96-565-CR-MIDDLEBROOKS/TURNOFF

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

YOSVANY DIAZ,
    Defendant.
_____/



FILED by _____ D.C.
MAR 17 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – W.P.B.

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. Section 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby referred to United States Magistrate Judge William C. Turnoff for a **change of plea**. Should the plea not take place before Magistrate Turnoff, the parties are reminded that trial will begin before Judge Middlebrooks on or about June 7, 2010. **Sentencing is scheduled before Judge Middlebrooks on June 15, 2010 at 10:30 a.m. in Miami.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this __17th__ day of March, 2010.

_____
**DONALD M. MIDDLEBROOKS**
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge William C. Turnoff
        Counsel Of Record