UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-565-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

YOSVANY DIAZ,

    **Defendant.**

_____/

## FACTUAL PROFFER

Had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

Beginning in May 1996, the defendant and co-defendants Vladimir Gonzalez, Yosvany Lopez, Rodolfo Palacios, Jose Morin, Larry Mackey, Carlos Prieto, Alexys Arredondo, and Joel Socorro conspired to rob a United Parcel Service (UPS) truck of high-value computer equipment from California scheduled to be delivered to various computer stores in the Miami area. On June 11, 1996, the defendant and his co-defendants met and attempted to rob the UPS truck. Co-defendant Morin parked nearby and monitored his police radio to inform the men of any police activity. Co-defendants Arredondo and Prieto were waiting a few blocks away to help offload the UPS truck once it was seized by the other men. Lopez, Socorro and the defendant blocked the path of the UPS truck with their car. Lopez and the defendant exited the vehicle and were both armed with firearms. Lopez then walked up to the UPS driver, pointed a Smith and Wesson Model 66 .357 magnum revolver at the driver, and told him to move the truck into an empty

parking spot. The defendant went around to the back of the UPS truck. As Lopez and the defendant waited for the UPS driver to move the truck, they observed a car heading in their direction and aborted the robbery attempt. The UPS truck contained items that had been shipped in interstate commerce, including two boxes of computer chips valued at $33,422 each that were shipped from HEI components Inc. in California to B.E.K. International Inc. in Miami, Florida. The UPS truck driver later identified Lopez as the person who pointed the gun at him. Police later recovered the firearm used by Lopez. The defendant was identified as the individual who exited the vehicle with Lopez by three of his co-defendants, Vladimir Gonzalez, Yosvany Lopez, and Rodolfo Palacios.

Soon after the attempted robbery, the defendant fled from Miami. On January 3, 2010, the defendant was stopped by a Florida Highway Patrol officer and presented him with a driver's license in the name of "Ariel Efrain Nerey" during a routine traffic stop. The officer became suspicious about the defendant's responses to his questions and brought him to the police station. During the interview, the defendant admitted his true identity and stated the following: "I've been on the run since 1996 and I'm tired," "I've been a criminal just on one day, look where it got me," "Carlos Prieto got me involved in this mess."

Date: 4-20-10   By: _____
                    CHRISTOPHER V. PARENTE
                    ASSISTANT UNITED STATES ATTORNEY

Date: 04.20.2010   By: _____
                       G.P. DELLA FERA
                       ATTORNEY FOR DEFENDANT

Date: 04/20/10   By: _____
                     YOSVANY DIAZ
                     DEFENDANT